

**United States District Court
Central District of Illinois
Champaign Division**

**Karie C Brown-Tess**
    Plaintiff

CASE#   15-2305

-v-

**Second Round LP
Blitt & Gained, P.C
Joseph Duarte COO
Larry Vasbinder CEO/CFO/Co-Founder
Crown Asset Management**
    Defendant(s)

## Motion to dismiss

Here comes the defendant, Karie C Brown-Tess, who moves to dismiss with prejudice the plaintiff's own complaint due to the plaintiff and defendants settlement.

Karie C Brown-Tess
302 W. Nevada St.
Urbana, IL 61801
brown.karie@gmail.com
407-508-1748